IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANIBAL MORALES,**
**D.O.C. # Y40276,**

    *Plaintiff*,

v.                                        Case No.: 4:23cv416-MW/MAF

**T. WILLIAMS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Plaintiff's objections, ECF No. 24. The Magistrate Judge recommends that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed under Federal Rule of Civil Procedure 41(b) because Plaintiff failed to comply with an order from this Court. *See id*. Plaintiff raises several objections, but they do not help his case. While Plaintiff quibbles with the substance of the Magistrate Judge's previous orders for him to amend his complaint, those orders were merited. Plaintiff's previous complaints suffered from various deficiencies, and each time that the Magistrate Judge gave Plaintiff an opportunity to fix them, Plaintiff failed to do so. Here, Plaintiff did not even attempt to fix the deficiencies identified in the Magistrate Judge's order—Plaintiff failed to

file an amended complaint in response to the order dated February 14, 2024. This failure to comply with a court order merits dismissal without prejudice. Accordingly,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 23, is **accepted and adopted** as this Court's opinion.

2. Plaintiff's second amended complaint under 42 U.S.C. § 1983, ECF No. 21, is **DISMISSED without prejudice**.

3. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 21, is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute."

4. The Clerk shall close the file.

**SO ORDERED on April 15, 2024.**

                                                        s/Mark E. Walker  
                                                      **Chief United States District Judge**